AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

ORIGINAL


FILED
MAR - 2 2022
Clerk, U.S. District Court
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ANTHONY JOSEPH HAMMER | ) | 4:22-mj-114 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 28, 2021__ in the county of __Denton__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(c) | Interstate communication of a threat |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Jeffrey Cotner, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/02/2022

*Judge's signature*

City and state: Plano, Texas    Kimberly C. Priest Johnson, U.S. Magistrate Judge
*Printed name and title*