AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN      DISTRICT OF      TEXAS

UNITED STATES OF AMERICA
V.
ANTHONY JOSEPH HAMMER

**EXHIBIT LIST**

Case Number:  4:22mj114 KPJ

| PRESIDING JUDGE | GOVERNMENT ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kimberly C. Priest-Johnson | Ryan Locker | George Milner |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/15/2022 | FTR | J. Amerson |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/15/2022 | X | X | Photos 001001 - 001028 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



001001

U.S. v. Hammer
4:22-MJ-114
Government's Exhibit
1



001002





001004



001005



001006



001007





001009



001010



001011



001012







001015



001016















001023



001024







001027



001028