IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS
MAR 17 2022
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 4:22-CR 75<br>Judge Mazzant |
| ANTHONY JOSEPH HAMMER | | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 875(c)
(Interstate Communications-Threats)

On or about July 28, 2021, within the Eastern District of Texas, **Anthony Joseph Hammer**, defendant, did knowingly, with the intent to make a true threat and with knowledge that the communication would be understood as a true threat, transmitted in interstate and foreign commerce, a communication containing a threat to injure the person of another, namely members of Organization 1, by stating the following: "come and find me. come after me. come hunt me down. this is me. this is really me. all of my info. I will kill all of you zionist pigs. 4th reich. Soon."

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____        _____3-15-22_____
D. RYAN LOCKER                                              Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:22-CR____ |
| | § | Judge _____ |
| ANTHONY JOSEPH HAMMER | § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 875(c)

Penalty:   Imprisonment for not more than five years, a fine not to exceed $250,000, and a term of supervised release of not more than three years.

Special Assessment:   $100.00