| | |
|---|---|
| DATE: | 3/31/2022 |
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 10:19 - 10:28 |
| TOTAL TIME: | 3 minutes |

CASE NUMBER 4:22-CR-00075-ALM

USA v. Anthony Joseph Hammer

Matt Johnson
AUSA

George Milner, Ret
Defense Attorney

☒ ARRAIGNMENT   ☐ DETENTION HEARING   ☐ STATUS CONFERENCE

**ARRAIGNMENT** * held w/ 4:21CR300 / 4:22CR25

- ☐ Arraignment called   ☒ Arraignment held   ☒ Defendant Sworn   ☐ Interpreter Required
- ☒ Defendant first appearance with counsel __George Milner__   ☒ Retained ☐ Appointed
- ☐ Defendant appeared without counsel.
- ☐ Financial affidavit executed by defendant.
- ☐ Defendant requests appointed counsel, is sworn and examined re: financial status.
- ☐ The court finds the defendant is ☐ able to employ counsel ☐ unable to employ counsel.
- ☐ _____ CJA appointed ☐ _____ FPD appointed

- ☐ USA ORAL motion to continue ☐ Oral Order granting continuance ☐ Oral Order denying continuance
- ☐ Defendant ORAL motion to continue ☐ Oral Order granting continuance ☐ Oral Order denying continuance

- ☐ Detention hearing set _____
- ☐ Arraignment set _____

- ☐ Defendant: ☒ received copy of charges   ☒ waived reading   ☒ advised of maximum penalties

   Defendant enters a plea of: ☒ not guilty ☐ guilty ☐ nolo ☐ guilty-lesser
   to counts: ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ _____

- ☒ Pretrial Order and Scheduling Order – Discovery and Inspection to be entered. **PRETRIAL CONFERENCE SET: Friday, June 3, 2022**: at 10:00 am before Judge Amos L. Mazzant, III in Sherman, Texas.

Court ordered Defendant ☐ DETAINED ☐ RELEASED

☒ Defendant remanded to custody USM   ☐ Defendant remained on Conditions of Release

OTHER PROCEEDINGS: _____

*FILED MAR 31 2022 Clerk, U.S. District Court*