IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY JOSEPH HAMMER

Case No. 4:22-CR-75
JUDGE MAZZANT

## NOTICE OF PLEA AGREEMENT

The United States of America, by its undersigned counsel, would show the Court

that the defendant, **Anthony Joseph Hammer**, and the government have entered into a

written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,
BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ D. Ryan Locker*
D. RYAN LOCKER
ASSISTANT U.S. ATTORNEY
Texas Bar No. 24046307
110 North College Avenue, Suite 700
Tyler, Texas 75702
(903) 590-1400
Ryan.Locker@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on or about the date of filing, I have conferred with opposing counsel

who has indicated that he does not oppose the contents of this notice or its filing.

*/s/ D. Ryan Locker*
D. RYAN LOCKER

**Notice of Plea Agreement – Page 1 of 2**

## <u>CERTIFICATE OF SERVICE</u>

I certify that this Notice of Plea Agreement has been served on counsel for

defendant via the court's CM/ECF system on April 21, 2022.

*/s/ D. Ryan Locker*
D. RYAN LOCKER