IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.  4:22-CR-75 |
| v. | § | JUDGE MAZZANT |
| | § | |
| ANTHONY JOSEPH HAMMER | § | |

## ELEMENTS OF THE OFFENSE

You are charged in **Count 1** of the indictment with a violation of 18 U.S.C. § 875(c) (interstate communication of threats).  The essential elements which must be proven to establish violation of this offense are as follows:

### Count 1

### 18 U.S.C. § 875(c)

*First*: That the defendant knowingly sent or transmitted a communication containing a threat to injure the person of another, as charged;

*Second:* The defendant transmitted the communication either with the purpose of issuing a true threat or with knowledge that the communication would be understood as a true threat; and

*Third*: That the communication was sent in interstate or foreign commerce.

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/  D. Ryan Locker*
D. RYAN LOCKER
Assistant U.S. Attorney
Texas Bar No. 24046307
110 North College Avenue, Suite 700

Tyler, Texas 75702
(903) 590-1400

## CERTIFICATE OF CONFERENCE

I certify that I have consulted with counsel for the defendant on or about the date of filing, and said counsel does not oppose the filing of this notice.

*D. Ryan Locker*_____
D. RYAN LOCKER
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that I have this day served counsel for the defendant with a true and correct copy of this pleading by the court's CM/ECF electronic filing system.

*D. Ryan Locker*
D. RYAN LOCKER
Assistant U.S. Attorney