

**FILED**
U.S. DISTRICT COURT

MAY 03 2022

EASTERN DISTRICT OF TEXAS
BY DEPUTY: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:22-CR-75 |
| v. | § | JUDGE MAZZANT |
| | § | |
| ANTHONY JOSEPH HAMMER | § | |

## FACTUAL BASIS

Investigation by the Federal Bureau of Investigation and the Pennsylvania Capitol Police disclosed the following facts that establish that I, the defendant, **Anthony Joseph Hammer**, committed the conduct described in Count 1 of the indictment, which charges a violation of 18 U.S.C. § 875(c) (interstate communication of threats). I agree and stipulate that I am the same person charged in the indictment. I agree that the following factual basis is true and correct:

1.  On July 28, 2021, in the Eastern District of Texas, I sent a threatening message to the Anti-Defamation League (ADL) via their contact page on their public website. Specifically, I stated the following, "come and find me. come after me. come hunt me down. this is me. this is really me. all of my info. I will kill all of you zionist pigs. 4th reich. Soon." I also entered my real name and my former Florida address as the point of contact for this message.

2.  I agree and stipulate that I sent this message using the internet, which is a means of interstate commerce. I agree and stipulate that these statements were made for the purpose of issuing a true threat or with the knowledge that the communications would be viewed as a threat by a reasonable person. I agree and stipulate that I sent this

message specifically to the ADL because of their Jewish religion; therefore, I agree and stipulate that the guideline adjustment specified in U.S.S.G. § 3A1.1(a) is appropriate.

3. I further agree and stipulate that I made a series of threatening phone calls to Pennsylvania Governor Tom Wolf's office between November 5 and 13, 2020. Governor Wolf's office is in the Middle District of Pennsylvania. At the time I made these threatening calls, I resided in Florida; therefore, the calls were made in interstate commerce. I agree and stipulate that many of the statements I made during those calls constituted true threats or were made with the knowledge that the communications would be viewed as a threat by a reasonable person. I agree that these additional threats have been taken into consideration in my plea agreement and provide a partial basis for the terms of the agreement.

4. I am pleading guilty to Count 1 in this case because I am guilty of the violation alleged. I have had an opportunity to consult with an attorney and I am satisfied with the advice and counsel provided to me. I acknowledge that these acts violated 18 U.S.C. § 875(c). I hereby stipulate that the facts described above are true and correct, and I accept them as the uncontested facts of this case.

5. I have read this Factual Basis and acknowledge without reservation that it accurately describes the events and my acts which constitute violations of 18 U.S.C. § 875(c).

Dated: 4/19/22

ANTHONY JOSEPH HAMMER
Defendant

I have reviewed this Factual Basis with the defendant. Based on these discussions, I am satisfied that he understands the terms and effect of the Factual Basis and that he has signed it voluntarily.

Dated: April 19 2022

_____
GEORGE R. MILNER, III
Attorney for Defendant