# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | CASE NUMBER 4:22CR075 |
| ANTHONY JOSEPH HAMMER | § | |

## ORDER GRANTING EXPEDITED PSR

Before the Court is Defendant's Unopposed Motion to Expedite Presentence Investigation Report (Dkt. #28) wherein Defendant requests that this Court expedite the probation officer's preparation and filing of the Presentence Investigation Report for Defendant Anthony Joseph Hammer. Having considered the Motion, the Court is of the opinion that said motion should be **GRANTED**.  It is therefore,

**ORDERED** that Defendant's Motion to Expedite Presentence Investigation Report (Dkt. #28) is **GRANTED**.

**IT IS SO ORDERED**.

**SIGNED this 15th day of December, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE