IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | No. 4:22-CR-00075-ALM |
| | § | JUDGE MAZZANT |
| | § | |
| ANTHONY JOSEPH HAMMER | § | |

## DEFENDANT'S STATEMENT REGARDING THE
## PRE-SENTENCE INVESTIGATION REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant, **ANTHONY JOSEPH HAMMER**, has no legal objections to the

Presentence Report as written in the above-referenced cause.


Respectfully submitted,

*/s/ GEORGE R. MILNER, III*
George R. Milner, III
SBOT: 00784611
**MILNER & FINN**
2828 N. Harwood Street, Suite 1950
Dallas, Texas 75201
Office: (214) 651-1121
Fax: (214) 953 1366
gunner@milnerfinn.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, George R. Milner, III, hereby certify that a true and correct copy of the foregoing document was served upon all parties in this cause on the same date as filing via ECF filing system.

*/s/ GEORGE R. MILNER, III*
George R. Milner, III