UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

TRANSFER ORDER

The following defendants are hereby TRANSFERRED to the docket of the Honorable Richard A. Schell:

1. United States of America v. Reginald Vedal Thompson
   4:19CR322.1;

2. United States of America v. Uri Margarito Morales-Catarino
   4:22CR35.1

3. United States of America v. Cerissa Sanders
   4:20CR032.1

4. United States of America v. Natalie Diane Gray
   4:20CR273.2

5. United States of America v. Jack Sears, Jr.
   4:20CR206.1

6. United States of America v. Jimmy Vorasan
   4:19CR190.1

7. United States of America v. Hermilio Hernandez-Gonez
   4:22CR006.1

8. United States of America v. Anthony Joseph Hammer
   4:22CR075.1

*9.* United States of America v. Joel Rodriguez
4:21CR334.1

*10.* United States of America v. Joshua Diego Quiroz
4:21CR334.2

**SIGNED this 9th day of March, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE