✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TEXAS |

UNITED STATES OF AMERICA

V.

ANTHONY JOSEPH HAMMER (1)

**EXHIBIT AND WITNESS LIST**

Case Number:  4:22cr75

| PRESIDING JUDGE<br>Richard Schell | PLAINTIFF'S ATTORNEY<br>Dan Ryan Locker | DEFENDANT'S ATTORNEY<br>George Milner, III |
|---|---|---|
| TRIAL DATE (S)<br>Sentencing Date: 4/11/23 | COURT REPORTER<br>Gayle Wear | COURTROOM DEPUTY<br>Lori Stover |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 4/11/23 |  | X | Certificate of Completion - Conflict Resolution |
|  | 2 | 4/11/23 |  | X | Certificate of Completion - Anger Management |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages