

**CRI**

Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

## ANTHONY HAMMER

For Successfully Completing

**Conflict Resolution**

Completion Date :
November 1, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



DEFENDANT'S
EXHIBIT
1
4-11-23
LAS 4-11-23
4:22cr75