

**Corrections Rehabilitation Institute**

# Certificate of Completion

Presented To

## ANTHONY HAMMER

*For Successfully Completing*

**Anger Management**

Completion Date :
October 28, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



LAS 4-11-23
DEFENDANT'S
EXHIBIT
2
4·11·23
4:22cr75